IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMBER GREEN and <br> ERIC GREEN, her husband <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; HANDVOLL, A/K/A HANDVOL; and JOHN DOE 1, <br><br> Defendants. | Case No. 2:22-cv-00496-NP |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO FED. R. CIV. 41(a)(1)(A)(ii)**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiffs Amber Green and Eric Green, and defendants Amazon.com Inc. and Amazon.com Services LLC, hereby stipulate and agree to dismiss all claims pending in this action, with prejudice, and with each party to bear its own costs and attorney's fees. Pursuant to the stipulation, the parties request that the Court accordingly dismiss the action.

Dated: July 12, 2023

PLAINTIFFS' COUNSEL OF RECORD:

*Paul R. Robinson* (w/ approval)

Paul R. Robinson, Esquire
Athena M. Dufour, Esquire
Meyer, Darragh, Buckler, Bebenek &
    Eck, P.L.L.C.
600 Grant Street, Suite 4850
Pittsburgh, PA

DEFENDANT'S COUNSEL OF RECORD:

*Erin W. Grewe*

Erin W. Grewe, Esquire
Campbell Conroy & O'Neil, P.C.
1205 Westlakes Drive, Suite 330
Berwyn, PA 19312